UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOLIN, THOMAS & SOLOMON LLP,

                                Plaintiff,

                                                                         DECISION AND ORDER

                                                                         08-CV-6181L

                               v.

UNITED STATES DEPARTMENT OF LABOR,

                                Defendant.
_____

       On November 5, 2010, this Court issued a Decision and Order granting a motion by defendant the Department of Labor ("DOL") for reconsideration of the Court's prior order that DOL produce certain documetns to plaintiff pursuant to the Freedom of Information Act.

       On November 17, 2010, the DOL wrote to the Court, with copies to plaintiff's counsel, and requested amendment of that order – and specifically, amendment of the attached chart ruling on each of the disputed documents – in order to correct the omission of a particular e-mail from the chart, as well as a DOL photocopying error which led to the misidentification of one of the documents.

       Upon consideration of DOL's submission and *in camera* review of the relevant documents, the Court's Decision and Order (Dkt. #58) is hereby amended, to the extent that the chart attached to that Decision and Order and incorporated therein by reference, is replaced by

the one here attached. Specifically, the amended chart reflects the Court's revised rulings on Vaughn Index document numbers C-6 and I-21/I-22. The DOL is ordered to complete the production of those documents to plaintiff, to the extent ordered, within fifteen (15) days of entry of this Order.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       November 29, 2010